# Order

**Michigan Supreme Court**
**Lansing, Michigan**

August 26, 2008

Clifford W. Taylor,
Chief Justice

Michael F. Cavanagh
Elizabeth A. Weaver
Marilyn Kelly
Maura D. Corrigan
Robert P. Young, Jr.
Stephen J. Markman,
Justices

136906

WAYNE LAFOUNTAIN,

        Plaintiff-Appellant,

v

DEPARTMENT OF CORRECTIONS,

        Defendant-Appellee.

_____

SC: 136906
CoA: 285464

      On order of the Chief Justice, plaintiff-appellant having failed to pay the partial filing fee as required by the order of July 18, 2008, the Clerk of the Court is hereby directed to close this file.



I, Corbin R. Davis, Clerk of the Michigan Supreme Court, certify that the foregoing is a true and complete copy of the order entered at the direction of the Court.

August 26, 2008

Clerk

jm